**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

United States of America,                    )
                                             )        **PRETRIAL STATUS CONFERENCE**
       Plaintiff,          )
                                             )
  vs.                                    )
                                             )        Case No. 1:26-cr-058
Darrell Carrion,                             )
                                             )
       Defendant.          )

---

       The undersigned shall hold a pretrial status conference with counsel by telephone on April 23, 2026, at 11:15 AM to discuss, among other things, the viability of the current trial date.  To participate, counsel shall call (571) 353-2301 and enter "Call ID" 292466149.  Counsel are strongly encouraged to consult with each other prior to the conference.  This will enable the conference to progress more expeditiously.

       **IT IS SO ORDERED.**

       Dated this 8th day of April, 2026.

                             */s/ Clare R. Hochhalter*
                              Clare R. Hochhalter, Magistrate Judge
                              United States District Court